**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| FLAREFLOW PTE. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:26-cv-3422- LAP |
| DAILYMOTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

The parties having notified the Court that they have reached a settlement in principle resolving all claims in this action, and having jointly requested a stay and a thirty-day dismissal order, it is hereby ORDERED that:

1. All deadlines and proceedings in this action are stayed pending further order of the Court and all pending motions are DENIED as moot. The Clerk of Court shall close all open docket numbers.

2. This action shall be dismissed thirty (30) days after entry of this Order unless either party requests further extension of the stay or restoration of the action to the Court's active calendar before that deadline.

SO ORDERED.

Dated: November 5, 2026

New York, New York

LORETTA A. PRESKA
United States District Judge